**Danny G. BOWEN, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 79946.**

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 29, 2002.

Kent Denzel, Assistant Public Defender, Buttonwood, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GEORGE W. DRAPER III, P.J. and MARY R. RUSSELL, J. and MARY K. HOFF, J.

**ORDER**

PER CURIAM.

Appellant, Danny G. Bowen, appeals the judgment dismissing his Rule 24.035 motion for post-conviction relief as untimely. Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).